## WILLIAM LEWIS
*v.*
## J. BOYD HEADLEY.

WRIT OF ERROR to the Circuit Court of Macon county.

Mr. CHIEF JUSTICE WALKER: The facts in this case are similar in all of their essential particulars to those in the case of *Thomas Lewis* v. *J. B. Headley,* determined at the present term, *ante,* p. 433. The same legal propositions are necessarily involved, and as that case is decisive of this, we deem it unnecessary to further discuss them in this. The judgment of the court below is reversed, and the cause remanded.

*Judgment reversed.*